1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10
UNITED STATES OF AMERICA,        )     Case No.: CR11-729-JAK
11                                       )
                     Plaintiff,          )     ORDER OF DETENTION PENDING
12                                       )     FURTHER REVOCATION
             v.                          )     PROCEEDINGS
13   SALVADOR ARELLANO                   )     (FED. R. CRIM. P. 32.1(a)(6); 18
     MARTINEZ,                           )     U.S.C. § 3143(a)(1))
14                                       )
                     Defendant.          )
15   _____)

16          The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the CENTRAL  District of

18   CALIFORNIA  for alleged violation(s) of the terms and conditions of probation or

19   supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (X)   The defendant has not met his/her burden of establishing by clear and

23             convincing evidence that he/she is not likely to flee if released under 18

24             U.S.C. § 3142(b) or (c).  This finding is based on the following:

25             (X)   information in the Pretrial Services Report and Recommendation

26             (X)   information in the violation petition and report(s)

27             (X)   the defendant's nonobjection to detention at this time

28             (  )   other:_____

1     and/ or

2 B. (X)    The defendant has not met his/her burden of establishing by clear and

3           convincing evidence that he/she is not likely to pose a danger to the safety

4           of any other person or the community if released under 18 U.S.C.

5           § 3142(b) or (c).  This finding is based on the following:

6           (X)    information in the Pretrial Services Report and Recommendation

7           (X)    information in the violation petition and report(s)

8           (X)    the defendant's nonobjection to detention at this time

9           ( )    other: _____

10

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further

12 revocation proceedings.

13

14 Dated:  April 24, 2017

15                     _____
                      KENLY KIYA KATO
                   United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28